UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 1:18-cr-00304-JMS-TAB |
| ) | |
| MANUEL J. BOJORQUEZ, ) | |
| ) | |
| Defendant. ) | |

## ORDER FOR PRE-SENTENCE PAYMENT

Comes now, the United States of America, by counsel, Josh J. Minkler, United States Attorney for the Southern District of Indiana, and Cindy J. Cho, Assistant United States Attorney, having filed its Joint Motion for Pre-Sentence Payment,

And the Court having reviewed the government's Motion and being sufficiently advised in the premises now finds said Motion should be GRANTED.

IT IS HEREBY ORDERED that, pursuant to 28 U.S.C. § 2041, the Clerk of the Court shall receive payments submitted by or on behalf of the Defendant toward his criminal financial obligations and maintain such payments on deposit until the time of sentencing in this case;

IT IS FURTHER ORDERED that, pursuant to 28 U.S.C. § 2042, upon entry of Judgment, the Clerk of the Court shall withdraw and apply the deposited funds to the criminal financial obligations imposed against the Defendant as provided by law and in accordance with the Clerk's standard operating procedures.

IT IS SO ORDERED.

*Jane Magnus-Stinson*
Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Date: 11/18/2019

Distribution:

Counsel of record